February 27, 2009

Mr. Levi Glenn McCathern
McCathern Mooty
3710 Rawlins, Suite 1600
Dallas, TX 75219
Mr. Kurt Brynilde Arnold
Arnold & Itkin LLP
1401 Mckinney Street, Suite 2550
Houston, TX 77010

RE: Case Number: 08-0805
 Court of Appeals Number: 01-07-01068-CV
 Trial Court Number: 370,130-401

Style: IN RE JINDAL SAW LIMITED, JINDAL ENTERPRISES LLC, AND SAW
 PIPES USA

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. The stay order issued October 24,
2008 is lifted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Theresa Chang |
| |Ms. M. Karinne |
| |McCullough |